1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

9   **REFUGIO MARTINEZ**,

10                                    Plaintiff,                    NO.  **C06-693JLR**

11   v.

                                                                   ORDER OF DISMISSAL
12   **TRIDENT SEAFOODS CORPORATION**,

13                                    Defendant.

14
15          The court having been notified of the settlement of this matter and it appearing that no

16   issue remains for the court's determination,

17          IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

18   prejudice and without costs to any party.

19          In the event settlement is not perfected, any party may move to reopen the case,

20   provided such motion is filed within **60** days of the date of this order.  Any trial date and

21   pretrial dates previously set are hereby VACATED.

22          DATED this 13th day of August, 2007.

23
24
25                                                    _____
                                                      JAMES L. ROBART
26                                                    United States District Judge

ORDER  OF DISMISSAL